IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNAMARIE | : | CIVIL ACTION |
| v. | : | |
| ELECTORS FOR THE STATE | : | NO. 12-5767 |

O R D E R

AND NOW, this 16 day of October, 2012, having considered plaintiff's motion to proceed in forma pauperis and pro se complaint, which she titled "Motion for Declaratory Orders and an Interdict," it is ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED pursuant to 28 U.S.C. § 1915.

2. The complaint, which asserts that President Obama is not a suitable presidential candidate and seeks his removal from the ballot in the 2012 presidential election, is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

EDUARDO C. ROBRENO, J.

ENTERED

OCT 1 8 2012

CLERK OF COURT